**, v.**

**The STATE of Texas, Appellee.**

**No. 27312.**

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

**Edgar Lee AVANTS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27255.**

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

### PER CURIAM.

The unlawful sale of whisky in a dry area is the offense, with punishment assessed at a fine of $500.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.